**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1343**

———————————

KOOSHA E. POUYAN,

                                        Plaintiff - Appellant,

        versus

DAVID M. SMITH; MIKE G. SHENIGO; AUTOMATED
CONVEYOR SYSTEMS, INCORPORATED,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Jackson L. Kiser, Chief District Judge. (CA-95-28-L)

———————————

Submitted: January 23, 1997        Decided: January 29, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Koosha Pouyan, Appellant Pro Se. Robert Cornelius Wood, III, Kristine H. Smith, EDMUNDS & WILLIAMS, P.C., Lynchburg, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Koosha Pouyan appeals the district court's order granting summary judgment to Defendants in this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Pouyan v. Smith</u>, No. CA-95-28-L (W.D. Va. Feb. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>